JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE LOGISTICS CORPORATION, | Case No. CV 11-02961 DDP (PLAx) |
| Plaintiffs, | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| v. | |
| HANJIN SHIPPING CO. LTD., | |
| Defendants. | |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 24, 2017

DEAN D. PREGERSON
United States District Judge